**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

LEE ANN HUNTLEY,

                Plaintiff,

vs.                                        Case No. 5:10-cv-151-Oc-32MCR

FRIENDSHIP INN,

                Defendant.

_____

### ORDER

      This case is before the Court on the Magistrate Judge's April 21, 2011 Report and Recommendation (Doc. 17).  No objections were filed and the time in which to do so has now passed.  Upon independent de novo review, it is hereby

      **ORDERED**:

      1.     The Magistrate Judge's Report and Recommendation (Doc. 17) is **ADOPTED** as the opinion of the Court.

      2.     The Revised Joint Motion to Approve Settlement and Release Agreement and Dismiss with Prejudice Plaintiff's Complaint (Doc. 14) is **GRANTED** to the extent that the Settlement Agreement is **APPROVED.**

      3.     This case is **DISMISSED WITH PREJUDICE**.

4.      The Clerk is directed to close the file.

**DONE AND ORDERED** at  Jacksonville, Florida this 15th day of June, 2011.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

counsel of record